**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ **JUN 27 2018** ★

BROOKLYN OFFICE

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| United States of America<br>v.<br>MICHAEL LESLIE COHEN<br><br>_____<br>*Defendant* | ) CR 17 544<br>) DeARCY HALL, J.<br>) GOLD, M.J.<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   MICHAEL LESLIE COHEN,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

15 U.S.C. §§ 80b-6, 80b-14 and 80b-17 (Investment Adviser Fraud); 18 U.S.C. §§ 371 (Conspiracy to Commit Investment Adviser Fraud), 1343 (Wire Fraud), 1349 (Wire Fraud Conspiracy); 1512(c)(2) (Obstruction of Justice), 1512(k) (Conspiracy to Obstruct Justice), 1001 (False Statements) and 2.

Date:   10/05/2017

*Issuing officer's signature*

City and state:   Brooklyn, New York          HON. STEVEN M. GOLD, U.S.M.J.
                                              *Printed name and title*

### Return

This warrant was received on *(date)* 6/18/18, and the person was arrested on *(date)* 6/26/18
at *(city and state)* Queens, New York.

Date:   6/26/18

*Arresting officer's signature*

Special Agent Kristen Schill - FBI
*Printed name and title*