DOCKET NUMBER: CR 17-0544 (NGG)

## CRIMINAL CAUSE FOR ARRAIGNMENT/STATUS CONFERENCE

Date Received By Docket Clerk:_____    Docket Clerk Initials:_____

BEFORE JUDGE: <u>GARAUFIS</u>  DATE: JUNE 26, 2018  TIME IN COURT __ HRS  60 MINS
@ 4:30 PM.

**1. DEFENDANT:** MICHAEL COHEN

Present X   Not Present       Custody          Not Custody X

DEFENSE COUNSEL: RONALD WHITE & PAUL SCHOEMAN
    FEDERAL DEFENDER:     CJA:          RETAINED:  X

**2. DEFENDANT:**
Present   Not Present     Custody    Not Custody

DEFENSE COUNSEL:
   FEDERAL DEFENDER:    CJA:    RETAINED:

**3. DEFENDANT:**
Present   Not Present   Custody     Not Custody

DEFENSE COUNSEL:
   FEDERAL DEFENDER:  CJA:    RETAINED:

A.U.S.A.: DAVID PITLUCK & JONATHAN LAX

**COURT REPORTER:** LISA SCHMID
**INTERPRETER:**    **LANGUAGE:**

| | | |
|---|---|---|
| ☐ Plea Hearing (~Util-Plea Entered) | ☐ Revocation of Probation contested | |
| X  Arraignment | ☐ Sentencing on a violation | |
| ☐  Bail Modification Hearing | ☐ Motion Hearing | |
| ☐  Violation | ☐ Hearing | |
| ☐  Status Conference | ☐ Sentencing | |
| ☐   Bail Violation Hearing | ☐ Motion for sentence reduction | |
| ☐  Curcio Hearing | ☐ Oral Argument | |
| ☐   Voir Dire Held   ☐  Jury selection | ☐ Jury trial | |
| ☐   Jury Trial Death Penalty  ☐  Sentence enhancement Phase | ☐ | Bench Trial Begun |

Speedy Trial Start: 6/26/2018    Speedy Trial Stop: 9/13/2018   CODE TYPE:  XT

Do these minutes contain ruling(s) on motion(s)?    YES                NO X

THE DEFENDANT IS ARRAIGNED AND PLEADS NOT GUILTY TO THE CHARGES CONTAINED IN THE INDICTMENT. THE NEXT STATUS CONFERENCE IS SCHEDULED FOR THURSDAY, SEPTEMBER 13, 2018 AT 11:00 AM.   TIME IS EXCLUDED UNDER THE SPEEDY TRIAL ACT BETWEEN TODAY AND SEPTEMBER 13, 2018 FOR REVIEW OF DISCOVERY ON CONSENT OF THE PARTIES. CASE DEEMED COMPLEX FOR SPEEDY TRIAL PURPOSES.  THE COURT GRANTS THE DEFENDANT'S RELEASE ON BOND SUBJECT TO THE SURETIES BEING APPROVED.