

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DCP/JPM/JPL/GMM  *271 Cadman Plaza East*
F. #2017R01739  *Brooklyn, New York 11201*

July 10, 2018

By Fed-Ex and ECF

Ronald G. White, Esq.
Morrison & Foerster LLP
250 W. 55th Street
New York, NY 10019

Barry H. Berke, Esq.
Paul Schoeman, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

    Re: United States v. Michael Leslie Cohen
      Criminal Docket No. 17-544 (NGG)

Dear Counsel:

  Enclosed please find the government's supplemental discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. The government also requests reciprocal discovery from the defendant.

  This production includes documents that were produced to the government by Och-Ziff Capital Management Group LLC ("Och-Ziff") for which the defendant was designated as the custodian. This production consists of 504,019 documents and has been Bates numbered DOJ_MC-0005242774 through DOJ_MC-0007043916. These documents were Bates numbered by Och-Ziff as OZC22444881 through OZC24246519.

If you have any questions concerning this production or any matter related to the government's discovery, please do not hesitate to contact me.

        Very truly yours,

        RICHARD P. DONOGHUE
        United States Attorney

By:   /s/ James P. McDonald
       James P. McDonald
       Assistant U.S. Attorney
       (718) 254-6376

Enclosures

cc:   Clerk of the Court (NGG) (by ECF) (without enclosures)