DOCKET NUMBER: CR 17-0544 (NGG)

## CRIMINAL CAUSE FOR STATUS CONFERENCE

Date Received By Docket Clerk:_____  Docket Clerk Initials:_____

BEFORE JUDGE: <u>GARAUFIS</u>  DATE: SEPTEMBER 13, 2018   TIME IN COURT __ HRS   60  MINS
@ 10:00 AM.

**1. DEFENDANT:** MICHAEL COHEN

Present X  Not Present    Custody     Not Custody  X

   **DEFENSE COUNSEL:** RONALD WHITE
   FEDERAL DEFENDER:    CJA:      RETAINED:  X

**2. DEFENDANT:**
Present   Not Present    Custody   Not Custody

**DEFENSE COUNSEL:**
   FEDERAL DEFENDER:    CJA:      RETAINED:

**3. DEFENDANT:**
Present   Not Present   Custody     Not Custody

**DEFENSE COUNSEL:**
   FEDERAL DEFENDER:  CJA:   RETAINED:

**A.U.S.A.:** DAVID PITLUCK

**COURT REPORTER:** MICHELE LUCCHESE
**INTERPRETER:**    **LANGUAGE:**

- ☐ Plea Hearing (~Util-Plea Entered)
- ☐ Arraignment
- ☐ Bail Application
- ☐ Violation
- X Status Conference
- ☐ Bail Violation Hearing
- ☐ Curcio Hearing
- ☐ Voir Dire Held   ☐ Jury selection
- ☐ Jury Trial Death Penalty ☐ Sentence enhancement Phase
- ☐ Revocation of Probation contested
- ☐ Sentencing on a violation
- ☐ Motion Hearing
- ☐ Hearing
- ☐ Sentencing
- ☐ Motion for sentence reduction
- ☐ Oral Argument
- ☐ Jury trial
- ☐ Bench Trial Begun

Speedy Trial Start:   Speedy Trial Stop:  CODE TYPE:  XT
Do these minutes contain ruling(s) on motion(s)?    YES        NO X

STATUS CONFERENCE HELD; THE NEXT STATUS AND INITIAL CLASSIFIED INFORMATION PROCEDURES ACT CONFERENCE IS SCHEDULED FOR MONDAY, DECEMBER 10, 2018 AT 10:00 AM.  CASE PREVIOUSLY DETERMINED AND CONTINUES TO BE DEEMED COMPLEX FOR SPEEDY TRIAL PURPOSES.