UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

UNITED STATES OF AMERICA,

                Plaintiff,

- against -

MICHAEL LESLIE COHEN,

                Defendant.

---------------------------------------------------------------x

ECF

1:17-CR-544 (NGG)

**NOTICE OF WITHDRAWAL OF COUNSEL**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

        Barry H. Berke, counsel for Defendant Michael Leslie Cohen, is currently on a leave of absence from the firm of Kramer Levin Naftalis & Frankel LLP and is therefore withdrawing as counsel for Mr. Cohen in the above-captioned case. Other counsel from Kramer Levin Naftalis & Frankel have already appeared in this matter and will continue to represent Mr. Cohen.

Dated: New York, New York
       March 21, 2019

                                                  By:   /s/ Barry H. Berke  

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Barry H. Berke
1177 Avenue of the Americas
New York, New York  10036
Tel: (212) 715-9100
Fax: (212) 715-8000
bberke@kramerlevin.com

*Attorney for Defendant Michael L. Cohen*

KL4 2614601.1