

U.S. Department of Justice

United States Attorney
Eastern District of New York

JMK:DCP/JPM/JPL/GMM
F. #2017R01739

271 Cadman Plaza East
Brooklyn, New York 11201

March 27, 2019

By Hand and ECF

The Honorable Nicholas G. Garaufis
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    United States v. Michael L. Cohen
                  Criminal Docket No. 17-544 (NGG)

Dear Judge Garaufis:

        The government respectfully submits this letter to seek an adjournment of the status conference in the above-referenced matter currently scheduled for April 2, 2019. Your Honor's Courtroom Deputy has indicated that May 3, 2019 at 3:30 p.m. is available as a new date for the status conference. This case has previously been designated complex by the Court and the government moves for exclusion of time under the Speedy Trial Act until May 3, 2019. The defendant, through his counsel Ronald White and Paul Schoeman, consents to

the adjournment of the status conference and the exclusion of time under the Speedy Trial Act.

                Respectfully submitted,

                RICHARD P. DONOGHUE
                United States Attorney

By:        /s/
                David C. Pitluck
                James P. McDonald
                Jonathan P. Lax
                Assistant U.S. Attorneys
                (718) 254-7000
                Gerald M. Moody, Jr.
                Trial Attorney
                U.S. Department of Justice
                Criminal Division, Fraud Section
                (202) 616-4988

cc:    Counsel of Record (by ECF)