**MORRISON | FOERSTER**

250 WEST 55TH STREET
NEW YORK, NY 10019-9601

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

BEIJING, BERLIN, BRUSSELS,
DENVER, HONG KONG, LONDON,
LOS ANGELES, NEW YORK,
NORTHERN VIRGINIA, PALO ALTO,
SAN DIEGO, SAN FRANCISCO, SHANGHAI,
SINGAPORE, TOKYO, WASHINGTON, D.C.

May 22, 2019

Writer's Direct Contact
+1 (212) 468.8016
RWhite@mofo.com

By ECF Filing
The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

Re:   *United States v. Michael L. Cohen*, 17 CR 544 (NGG)

Dear Judge Garaufis:

We represent defendant Michael Cohen in connection with the above-referenced case. This letter is submitted to request a temporary modification of Mr. Cohen's bail conditions to permit him to travel on a vacation trip. The government has no objection to this request.

As the Court will recall, Mr. Cohen was arraigned and released on bail in June 2018. Under the bail terms set by the Court, Mr. Cohen was permitted to return home to London, England to live during the pendency of the case and while in the U.S., is allowed to travel within the Eastern and Southern Districts of New York and the Districts of Maine and Massachusetts. Since then, he has returned to the U.S. on multiple occasions for court appearances in this case. In addition, in February 2019, the Court, with the government's consent, permitted Mr. Cohen to take a family vacation in France.

Mr. Cohen would like to travel on a vacation to Maui, Hawaii from June 4 through June 11, 2019. He would plan to fly directly from London to the mainland U.S. and then on to Hawaii. We respectfully request that the Court order a temporary modification of Mr. Cohen's bail conditions to permit him to take this trip. As noted above, we have advised the prosecutors handling this case of this request, and the government has no objection to the request.

Respectfully submitted,

*Ronald G. White* (signature)

Ronald G. White

cc:   Government counsel (by ECF)

ny-1653216 v1