# Exhibit A
# (Redacted)

The Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York

Dear Judge Garaufis,

This letter is submitted by Samuel Cohen, father of Michael Cohen. I am writing to provide the Court with some personal glimpses of Michael, my youngest son, and convey who Michael is as a person.

By way of background, I am a life-long resident of Waldoboro, Maine, a town of approximately 5,000 people. The town is made up of fishermen, farmers, small businesses and retirees. I graduated from Waldoboro High School in 1958. I did my undergraduate work at Colby College in Waterville, Maine, graduating in 1962. I entered Suffolk Law School that fall and graduated in 1965. From 1966 – 1969. I served as a Captain in the Judge Advocate General's office of the United States Air Force at McGuire Air Force Base in New Jersey. Following my JAG service, I returned to Waldoboro and opened a law practice where I practiced as a sole practitioner for 50 years. My older son Philip joined the practice in 1993, and I now work part-time.

My wife Bobbie and I have been married for 51 years. We both came from humble beginnings and worked hard to provide for our family. We instilled the same values in our two sons Philip and Michael.

Although it is impossible to convey in this letter the depth of Michael's character and how much he means to his family and friends, Michael is truly an exemplary person across the board. He is hard working, kind, and generous. He is a loving son and a devoted father.

Growing up, Michael excelled in school. A natural leader, he studied hard and took a strong interest in government and economics. He attended Waldoboro public schools and graduated in 1989 as salutatorian of his high school class. He was honored at the Waldoboro Lions Club with academic awards all four years of high school as a top student. In Michael's junior year of high school, he was selected as a delegate to Boys State, sponsored by the American Legion, to study the government of the State of Maine. Michael was also a member of the National Honor Society.

Michael has always been a hard and dedicated worker. He learned the value of hard work and entrepreneurship very early on. At just 7 years old, he and his brother Philip raised 150 hens and had a weekly egg route comprised of approximately 20 customers. From the proceeds of his egg sales, Michael purchased his own school clothes and opened a savings account. During school, Michael also mowed lawns for several families in the neighborhood. In the 7th through 10th grades, Michael worked full-time during the summers for a mobile home company setting up mobile homes for local families. During the summers of his junior and senior years, he worked as a sternman for a lobsterman.

All of this is to say that Michael was not born with a silver spoon in his mouth. He has worked hard his entire life. As a young child, he was never afraid of hard work. This strong work ethic stayed with him and formed the backbone of his successful career.

Michael went on to attend Bowdoin College in Maine from 1989 – 1993 and graduated at the top of his class, Phi Beta Kappa and summa cum laude. Between his junior and senior years, he had an internship at the Department of Economics in Augusta, Maine, working with the economist for the State of Maine. Throughout college, Michael also worked over the summers and during his vacations on a carpentry crew.

Upon graduation, Michael went to work for Credit Suisse First Boston in New York for two years. He then worked for Michael Price and then for Och Ziff. In 1999, Och Ziff asked Michael to move to England to open an office and run their European operations. From there, Michael went on to become one of the most respected hedge fund managers in Europe. While Michael was extremely successful in his profession, he has always remained very humble about his success and his Waldoboro roots.

Michael is a dedicated and very devoted father to his three children ▮▮▮▮▮▮. Despite his work demands, Michael has always made his children a priority in his life. He goes above and beyond to make sure his children have every opportunity possible. He loves them deeply and is always there for them. He has always been there for school activities as well as extra-curricular events. He takes the time to be with each of them individually and together. He has given them his undivided attention, away from his phone and emails, and taken an active role in their day-to-day lives. All three children have relied and counted on Michael for his daily support, guidance, and strength.

Michael has also been deeply committed to his children's religious upbringing. Michael has passed down to them the traditions of the Jewish faith. He regularly accompanies the children to services and Hebrew school and is very active in his Synagogue, dedicating his time and much needed funds to support the community.

Michael's devotion to his family is further reflected in his dedication to the broader community. ▮▮▮▮▮▮

Despite the long distance between London and Waldoboro, Michael has remained extremely close with his parents and brother. He has been incredibly supportive and makes us all very much a part of his life. When his brother was going through a difficult divorce, Michael made sure he was there to support him. ▮▮▮▮▮▮

As a father, I could not ask for a more devoted son. ███████████
███████████████████████████. Through all of this, Michael took time off from work to be by my side and support his mother during this difficult time. He refused to return to work until he was certain I was going to be alright.

Michael goes out of his way to include us in family activities and vacations. When I turned 75, Michael surprised Bobbie and me with a trip to Bermuda. The trip was all the more special because he also surprised us in Bermuda so we could all be together.

Bobbie and I cherish how Michael honors us daily with respect and enormous love and kindness. We are very close – he knows that when he has an issue, he can always discuss it with us, and we feel the same way with him. He keeps in touch with us almost daily and wants to make sure we are ok. Recently, we made the decision to sell our home of 45 years so that we could transition to a home that was more suitable for us at our age. Michael took it upon himself to handle each and every detail.

Michael is someone who derives genuine satisfaction from making a difference in people's lives. He is a kind, caring, humble and generous person with a huge heart for his family, friends and broader community.

Thank you for the opportunity to tell you about my son.

Respectfully submitted,

*Samuel G. Cohen*

Samuel G. Cohen, Esquire