Exhibit B
(Redacted)

The Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York

Dear Judge Garaufis,

Thank you for considering my letter. My name is Harriet "Bobbie" Cohen and I am Michael Cohen's mother. I was born and raised in Maine and except for a year that I worked in Bridgeport, Connecticut and a year I spent at McGuire Air Force base in New Jersey where my husband was stationed, I have lived in Maine my entire life.

In 1967, I was working for an oral surgeon in Bridgeport, Connecticut when my future husband, Samuel Cohen, gave me a ride home to Maine during Thanksgiving. At that time, Samuel had been stationed at McGuire Air Force base. My family heard that Samuel would be driving through Connecticut on his way from the base in New Jersey to Maine for the holidays. They arranged for Samuel to pick me up in Bridgeport and drive me back home. The rest, as they say, is history. Samuel and I have been married for 51 years and have raised two wonderful sons, Philip who is 50 and Michael who is 47.

After Samuel completed his JAG tour, we moved to Waldoboro, Maine where he decided to hang out a shingle and open his own law practice. We have been in Waldoboro ever since. I worked in my husband's law office for 33 years as his office manager.

A small town port with only a few thousand residents, Waldoboro is best known as a fishing and farming town. We purchased a farmhouse built in 1780 that sat on 400 acres. That farmhouse became our family's home for the next 40 plus years. With an endless backyard filled with hens, horses, fishing and winding trails, this was the home where we raised our two sons.

Though Michael's small town roots are very humble, Samuel and I did our best to pass down our family's strong values to our children. Our children were always our top priority. On ▮▮▮▮▮▮, 1971, Michael was born at the Miles Memorial Hospital in Damariscotta, Maine, which was the closest maternity hospital. He is the third generation of our family's Waldoboro roots. Samuel's family emigrated from Latvia and Italy. Michael's grandfather on Samuel's side came to Waldoboro and opened a poultry processing plant. My father is a World War II veteran and came from a very poor family in a small Maine town. Upon graduating from high school at 17, he went to Alaska to work as a builder for Elmendorf Air Force base, always sending money home to his family when he could. He later returned to Maine to work for the state before starting a land survey business.

Michael has always had a strong work ethic. It is hard for me to remember a time when Michael wasn't working. The importance of hard work and financial responsibility was a core part of our family values. When our children wanted a new toy or a bike, Samuel and I would tell them that we would pay for half, but the rest was up to them. Each school year, they would have to save enough money to purchase one full school outfit. From the age of 7, Michael was raising hens and sold eggs to local residents on his egg route with his brother. By age 10, he started a lawn mowing business with his brother. From the 7th through 10th grades, Michael

worked setting up mobile homes for a mobile home company. His junior and senior years in high school, Michael worked as a sternman for a local lobsterman. He left the house at 4:30 AM every morning and drove 50 miles and never missed a morning.

Michael did extremely well academically and when he was not studying or working, he focused on team sports. He played baseball, basketball, and soccer. By high school, he focused his energy on basketball and was voted team captain. He was never one to focus on personal accolades though – what he enjoyed most was being part of the team.

Living in Waldoboro, we were one of the only Jewish families in our entire county. Samuel and I worked hard to pass down our religious traditions to our sons. We traveled 60 miles away to a synagogue in Portland for a year so that Michael could receive his bar mitzvah training. Michael always enjoyed attending services and Hebrew school at the synagogue, and at age 13 he became a bar mitzvah. Because he was the only Jewish student in his school in Waldoboro (aside from his brother), Michael was often teased and called names in school because of his religion. Multiple times, my husband's office building was even vandalized with a swastika. Despite these challenges, Michael was always proud of his heritage.

Michael graduated from high school as salutatorian of his class. At that time, there were no college advisors and only a handful of students from his Waldoboro high school went on to attend college. Michael received several scholarships to attend Bowdoin College, which was about an hour away from our home. While at Bowdoin, Michael continued working to help pay for his living expenses. He worked in the kitchen washing dishes at his fraternity house, and during vacations and summers he worked on a carpentry crew. On the weekends, he also worked alongside his grandfather (my father) to help survey land. For his college studies, he took a strong interest in government and double majored in government and economics. During his junior year, Michael studied abroad at the University of Sydney in Australia. He would call home and tell me how much he loved the people and the country. It was truly a wonderful experience for him. The one thing that bothered him was the way that the aboriginal people were still being treated. It upset him to think that in a modern society, things had not changed and persecution was still prevalent. Even then his deep sense of compassion and justice showed.

Michael's hard work and commitment to his studies paid off. In 1993, Michael graduated from Bowdoin *summa cum laude*, Phi Beta Kappa. After graduation, he went right to work in New York as an analyst for Credit Suisse First Boston for two years. I remember when Michael was excited to have received a $2,000 signing bonus to assist with his moving expenses and business clothing. He went to the local men's store near our town and bought three suits in brown, green, and grey to get him started. What he didn't realize was that everyone in New York City wore a "uniform" to work – a navy blue suit with a red tie. He wound up having to buy all new clothing with his first paycheck. While at Credit Suisse, Michael worked around the clock, 15-18 hour days, 7 days a week. He soon developed a passion for the investment side and decided to take a job with Michael Price. He commuted from New York City to New Jersey every day before transitioning to Och Ziff. In 1997, he took a leap of faith and interviewed with the Ziff brothers. At the time, I had never even heard of a "hedge fund." Och Ziff was small and unknown and Michael would be the company's 5th employee as an investment professional. Although he didn't even have a title when he started, the fund grew quickly and Michael was excited to get in on the ground floor.

In 1999, Och Ziff asked Michael to open an office in England and run their European investments. Michael jumped at the opportunity. Michael's then-girlfriend and future wife Marisol was living in Washington, DC at the time. Marisol, who had grown up in Saint Croix, agreed to move with Michael and the two were excited to start a life in London. They enjoyed experiencing everything about the new culture together, but they also faced challenges as an interracial couple. Michael would comment how they were regularly the target of racial slurs and other forms of discrimination.

Determined to overcome these challenges, Michael and Marisol soon started a family in London and we welcomed our three beautiful grandchildren – ▮ (age 18), ▮ (age 15), and ▮ (age 12). Michael's children are the light of his life. Nothing gives me greater pride than watching Michael be such a devoted and loving father to his children. They are everything to him and there has never been a more devoted father.

Michael's oldest daughter ▮ has a passion for horses and started competing at an early age. Michael has done everything he could to support her passion – from lessons, trainers, grooms, and all the necessary equipment and transportation, to traveling to other countries to look for horses. ▮ is a brilliant child (she recently scored a near perfect score on her SATs), ▮ This fall, ▮ will begin her freshman year at the University of Chicago.

Our grandson ▮ has been swimming since a young age. At 15, he is now swimming on the National team for England and is hoping to qualify for the Olympics. Michael attends every practice and swim meet with ▮. That has meant countless hours and early morning drives across the country – with mornings, weekends and vacations dedicated to ▮ swimming. Win or lose, Michael is always there to support ▮ every step of the way.

Michael's youngest daughter, ▮, is a terrific athlete and plays tennis and netball. ▮

We are very proud that Michael has brought his children up in the Jewish faith. He enjoys passing down the same traditions to his children that Samuel and I passed down to him. He has been extremely supportive of their local synagogue and has volunteered his time to serve as Treasurer and raise much needed funds for education and the community. ▮

- 3 -

█████ both had their Bat/Bar Mitzvahs at age 13, with Michael beaming with pride by their side. █████ will have her Bat Mitzvah in January 2020 and I pray Michael will be able to be by her side for that very special moment.

Michael is also a loving and loyal brother. Our son Philip is two years older than Michael and they have always been close. When Philip was going through a very hard divorce, Michael came from London to be with us and to support Philip. He went so far as to take him on a trip for a few days to get him away from everything. Michael was there to be a shoulder for his brother and to offer his emotional support and advice.

Michael has also always been an incredibly supportive son. ████████████ ████████████████████████. He was wonderful giving me support and talking with doctors to make sure things were being done. He asked questions and made sure everything was explained and all options were reviewed. He was there to be by his father's side the whole time. We could not have made it through this and other difficult times without Michael's love and support. Although Michael is in London, he keeps in constant contact with us. We have gone on family vacations, traveled to London and also to Nantucket in the summer. We text and talk on the phone almost daily. He is always available to talk, no matter how busy he is and no matter the hour.

A few years ago, Samuel and I were trying to sell the farmhouse, our family home of 45 years. Given our age, we needed to downsize and move to something smaller and easier to maintain. We had a difficult time selling and it was on the market for a year given the uniqueness of the property. The Medomak Valley Land Trust located here in Waldoboro indicated that it wanted the property in order to preserve it and protect it from being broken up and commercialized, but they could not raise the money. When Michael learned of this, he made an anonymous donation to the Land Trust to allow them to purchase the property. For months, he never told us what he had done, and to this day Medomak Valley Land Trust does not know who donated the money. Because of his generosity, we were finally able to sell our home and purchase one that is easier for us to live in and maintain. Because of his generosity, the farmhouse he had grown up in that had been our family's home for more than four decades, is now part of protected public land so the entire community can enjoy the same 400 acres of endless trails and wildlife that our family cherished so much.

Michael's kindness and generosity extend to our entire family and the people around him as well. When Philip's daughter █████ (Michael's niece and our oldest granddaughter) was a junior in high school, her Advanced English class traveled overseas to London for a week. When Michael found out, he bought her entire class tickets to see a play. When Michael learned that Marisol's niece was having difficulty with college, he arranged for her to attend Bowdoin and paid for all four years of her schooling. ████████████ ████████████████████████████████. Michael never forgot this and when the client's son was going to England to work in an art museum in London, Michael helped him find an apartment and offered to help in any way.

- 4 -

My husband and I are very proud of the man that Michael has become. His kindness, generosity and thoughtfulness are an amazing thing to see. We know that he will always be there for us. Above everything Michael has done and accomplished, the pride and love he has for his children has given us the greatest joy. We are very proud and lucky to have him as our son.

Your Honor, the family has been torn apart by the investigation. ▮▮▮▮ have been significantly impacted by the allegations and news stories about their father. Other children in their schools have tormented and taunted them by saying things like "your father is a criminal." The case has also taken an enormous toll on Michael's marriage. He and Marisol are currently going through a difficult divorce that is having a negative impact on the children. Samuel and I are terribly worried about the further impact that Michael's potential absence will have on them. It is unbearable to think about. The family has already been through so much.

I humbly ask Your Honor to see Michael for the good person he is—kind, loving, humble, hardworking and selfless. These traits have been the hallmarks of his life. Michael is capable of doing so much good in the world. He and his family have suffered so much already. I beg Your Honor to have compassion for Michael and consider leniency in his sentence.

Respectfully submitted,

*Harriet R. Cohen*
*September 25, 2019*
Harriet R. Cohen