# Exhibit D

October 2, 2019

The Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York

Dear Judge Garaufis,

 Thank you for the opportunity to submit this letter in support of Michael Cohen.

 I first met Michael Cohen in the halls of our college dormitory in the fall of 1989. We quickly became good friends, and prior to the end of our first year, roommates. Michael grew up one hour from the college so I often had the opportunity to spend time with Michael's family. I remember fondly many family excursions including when they hosted me at their local house of worship during the holidays. The family has always been very welcoming, hospitable, genuine and focused on serving their community. Interestingly, Michael's elder brother followed their father into the practice of local law. Michael grew up in a small rural Maine town and I recall fondly how the community appreciated Michael's reputation for hard work (academic but also if I recall, he once worked on a lobster boat) which enabled him to secure a spot at the state's arguably finest college.

 In school, Michael was a very capable and hardworking student. Moreover, he was well-liked because of his good-natured personality. Ultimately, we joined the same fraternity where we were again roommates in our second year in what was one of the smallest rooms. Early on, Michael assumed a leadership position in our fraternity when he volunteered to oversee the thankless job of managing the kitchen which provided all of the daily meals to all of the students. While each of us studied abroad during our junior years, we were reunited senior year again where Michael and I lived on the same floor. Of course our attention shifted toward securing employment and Michael's focus on securing a job in finance was organized and determined, which resulted in the offer to join many prestigious firms very early into our senior year with graduation still far off. Nonetheless, with the burden of job placement satisfied, Michael continued to excel at school ultimately graduating with great honors having been designated Phi Beta Kappa.

 Each of us headed to New York City upon graduation where again we chose to share an apartment. Of course I rarely saw Michael because he worked on average 110 hours a week whereby he returned home well after midnight and was back at his desk by 7 or 8 a.m. each day. Such hard work and skill was rewarded by a series of distinguished jobs with legendary investors. Ultimately, Michael joined a relatively new firm formed with significant capital support from the Ziff family where he was instrumental in the firm's amazing success.  I had the great pleasure of spending time with Michael and his peers during the very interesting "early" years as our offices were located just a few blocks apart.

 I have always admired Michael's hard work and self-made success. Michael's business success was eclipsed only by his decision to start a family. I was witness to his beautiful wedding in Washington DC and have had the great fortune to watch him become a father and raise three wonderful children. My only regret is that Michael was asked to open, build and

- 2 -

manage the European operations for his firm such that I have not had the opportunity to spend extended periods of time with him in the last 15 years. Of course we have always remained in close contact and I have been honored to attend as many family celebrations as possible. Moreover, each of us have spent a week of each summer vacationing with our families off the coast of Massachusetts where we get to see all of our children relax together.

In short, I have known Michael for thirty years. We attended school together, started careers in New York together while serving as roommates. I have had the opportunity to watch Michael as a student, professional, husband, and father. During this time I have always observed Michael possessing the utmost integrity while exhibiting hard work, dedication, and drive all while being incredibly family oriented and community minded. Moreover, he has always been a friend available for support and guidance. Michael is an incredible person who has achieved so much and has much more to contribute during his long years ahead.

Respectfully submitted,

Ara Cohen