Exhibit E
(Redacted)

António Batista

█████████████
█████████████

United Kingdom

The Honorable Nicholas G. Garaufis

United States District Judge

September 12th, 2019

Dear Judge Garaufis,

I am writing on behalf of Michael Cohen whom I have had the pleasure of knowing for fifteen years. I was directly reporting to Michael for most of my time at Och-Ziff and we have stayed in close contact since.

I am currently the Managing Partner of Caius Capital, a London based hedge fund focussing on distressed credit opportunities. We have approximately $900mn assets under management and are a team of 16 people. I founded the business in 2016 after having worked at Och-Ziff for 11 years from 2004 to 2014 inclusive, most recently as the Partner running European distressed credit and co-head of the European office. Prior to joining Och-Ziff, I spent five years from 1999 to 2004 at Goldman Sachs in the Investment Banking division. I graduated with an MSc from the London School of Economics (United Kingdom) and the University of Bonn (Germany). I am a German citizen, live in London and am married with three young children.

I came to know Michael during my time at Och-Ziff. Michael, as head of the European office, was in charge of all investment strategies in Europe. In a small office, I therefore had daily interactions with Michael and he regularly attended my team's morning meetings. I discussed new investments with Michael and agreed on important managerial decisions with him. During this time I came to know Michael well and I would like to share a few of these lasting memories in this letter.

Michael led the office by example in a highly dedicated, hardworking and disciplined way. Unlike most senior executives who sit in corner offices, Michael chose to sit in the middle of the floor to be side-by-side with his team. His constant accessibility helped create a culture of collaboration and transparency. Everyone looked up to him and was inspired by his professionalism and work ethic. Whilst the environment in a hedge fund can get stressful and the tone rough, Michael was respectful and fair to all employees, be they investment professionals, operational staff or assistants who in return were very loyal and stayed on for years. Whilst it may be easier to be fair to successful employees, I would like to point out that he also extended this level of respect and fairness to departing employees. Michael would consistently make an effort to pay appropriate compensation

and maintain their reputation internally and externally, as he asked me to do when I let analysts go on my team in 2010 and 2011.

Whilst firing decisions are hard on employees, Michael was fully aware of the impact and did not take them lightly. I remember in the depth of the Lehman crisis in 2008, on the day of the annual office party, Michael had to lay off a number of employees. Although the decision was absolutely necessary, Michael excused himself from the party early saying he was not in the mood for celebrating. Other company parties were much more enjoyable occasions to which partners and sometimes children were invited. Michael always made a point in chatting with spouses and asking about their children, knowing the value of strong families.

Michael also had a strong commitment to diversity. In an industry that lacks diversity, Michael was committed to having a diverse office. Over the years, he hired several diverse investment professionals, including the first woman investment professional in all of Och-Ziff.

I have appreciated Michael's modesty and understatement of his personal success. This may also be linked to Michael, in my experience, being a very private person and him having a strong desire not to mix business with personal matters. I don't remember a single time hearing him vaunt or even just mention his personal wealth or indeed any derivative thereof, be it cars, houses or other luxury items.

Michael is someone who takes mentoring and the careers of his co-workers seriously. I admire Michael as a sharp-minded investor and as a demanding teacher who would challenge me and others with questions until we were absolutely sure that our investment decision was the right one. Michael's professionalism and extraordinary attention to detail spread into all areas of the business.

Michael's immense personal qualities, his ability to lead people by example and his decisive investment acumen allowed him to build an investment business that was for a long period of time one of the most successful hedge funds in London. This is an amazing lifetime achievement and having worked with him for most of this period, I have huge admiration and trust in Michael. Michael has always remained available for helpful advice, guidance and encouragement. As I now manage my business, I take inspiration from much that I have learned from Michael: his respect for people, directness in dealing with issues, honesty, focus, separation of business and family, attention to detail, hard work and much else. I feel extremely privileged to have worked with and learned from Michael and he has played a major role in getting me to where I am now.

Please feel free to contact me if you have any further questions.

Respectfully,

*[signature]*

António Batista