Exhibit F
(Redacted)



Surrey, KT11 2EB

24th September 2019

The Honourable Nicholas G. Garaufis
United States District Judge
Dear Judge Garaufis,

My name is Dean Samuels, and I have known Michael Cohen for 16 years, both in a business capacity (as a former employee of Och-Ziff Management from 2003-2013) and in a personal capacity. I am writing in support of Michael in the hope that it will help inform you of my experience and observations of his character and integrity.

I worked alongside Michael for 10 years. Throughout this time, I watched Michael treat everyone with the utmost respect. I have always found him to be incredibly professional and fair in his dealings with me, and the same in observing his interactions with all employees, from the office cleaning staff to the partners. I admired not just his professionalism but also his generosity with his time and desire to make a difference.

I would particularly highlight Michael's commitment to integrity and doing business "the right way". I sat on the European Management Committee, and regularly observed Michael acting to ensure we would be regarded as best in class in areas from compliance to appropriate management of operational risks. Michael also had a particular will to improve our efforts with regard to staff well-being initiatives and equality issues.

On a personal level, I have also spent a lot of time with Michael outside of a business setting, including the last five years since leaving Och-Ziff. I have always found him to be constantly giving of his personal time, and unfailingly kind.

To give a specific example, when my wife was taken very ill for two months whilst pregnant, Michael went above and beyond what could be expected from a boss, but also a friend. He offered any assistance within his power to give, as well as regularly going out of his way to visit us and provide support.

In my experience, these are the acts of the kind of people that you wish to have as true friends in your life, and I remain proud to call Michael one of those few.

With kindest regards,

Dean Samuels