# Exhibit G

The Honorable Nicholas G. Garaufis

United States District Judge

24 September 2019

Dear Judge Garaufis,

It is with great honor and sincere care that I provide your Honor with my letter of support for Mr. Michael Cohen.

My name is David Gillerman. I am married and have 4 children. I was born in Israel in 1972. I served as a commander in the Israeli army special forces between 1990 – 1996, ranked Captain. I continued to serve my country until 2016. I graduated from the IDC University in 1999 with a Bachelor of Business Administration and L.L.B in Law with honors. In 1999, I joined Lehman Brothers and have spent the years 2000 - 2017 in London, UK.

In July 2008, I joined Och-Ziff and was mandated to launch and manage its real estate business in Europe. I reported directly to Michael Cohen. During my 6 years at Och-Ziff, I met frequently with Michael and have learnt to immensely respect him.

Michael is one of the smartest people I have ever worked with. More importantly, he is a "straight shooter", he was always there to support, to advise, to ask the right questions and make the right judgement calls. My experience with Michael is that there are no grey areas, there should always be a clear answer to any outstanding question, in depth analysis and a clear decision. Michael would never allow cutting corners nor walking into a transaction without having assessed all risks and taking all measures to mitigate such risks. It always seemed he had dozens of transactions to assess and manage in parallel, across different sectors and geographies and I recall being quite impressed by his ability to address them all professionally and with the utmost care.

I recall Michal being an extremely hard worker, arriving to the office at 6am each morning and leading with example a team of c. 100 people. Nevertheless, he always seemed to have valued family and seek the right balance between work and family.

I have learnt a lot from Michael during my years at Och-Ziff and am grateful for the opportunity to have worked with him.

Respectfully,

David Gillerman  5.11.19