Exhibit H

October 26, 2019

The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York

Dear Judge Garaufis,

I am honoured to write this letter of support for Michael L. Cohen.

I got to know Michael in early 2003 when Michael was the head of Och Ziff's London office. He approached me in conjunction with joining Och Ziff.

I subsequently joined Och Ziff in March 2003 and worked closely with Michael for the following 6 years, at which time I moved to Hong Kong.

Och Ziff was my first job on what's commonly known as the 'Buy Side'. Michael was a great mentor; he led the office and the team, setting elevated work and ethical standards.

We undoubtedly worked hard but Michael led by example. He was always the first in the office, and the last one to leave, at the same time being a young father.

My first years on the Buy Side working with Michael were undoubtedly the ones that set the foundations for the latter years and for that I remain forever grateful.

Sincerely,

Dan Manor