# Exhibit I

The Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York

Dear Judge Garaufis,

I am writing this letter in support of Michael Cohen.

I have been in the energy business for over 35 years, including as Executive Director of Centrica PLC in the U.K. My schooling was in the US, with an engineering degree and an MBA.

After leaving Centrica in 2008, I went to work at Och-Ziff for approximately three years, reporting to Michael Cohen.

Michael was an excellent supervisor and role model. He worked hard and led by example. Michael was routinely the first person in the office and one of the last to leave each and every day. His work ethic was inspiring for everyone in the office.

Michael also took mentoring and the careers of his colleagues very seriously. He was a supportive colleague, again leading by example. He would often take extra time to talk through and fully explain his reasoning and values to the team.

In my experience, Michael was always very conscious of the requirements necessary to the proper management of a public fund. I don't believe Michael would tolerate a breach of rules by any employee. There was no such thing as cutting corners for the sake of a deal. In this regard, I watched Michael walk away from many lucrative transactions that did not meet his high standards.

After I left Och-Ziff, Michael continued to offer his support and friendship. To this day, I know I can count on him for trusted advice and counsel.

In short, over the last decade, Michael has been a wonderful colleague and mentor, and I am honored to count him as a true friend.

Respectfully,

Jake Ulrich