# Exhibit J
# (Redacted)

The Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York

Dear Judge Garaufis,

I have known Michael Cohen for nearly twenty years and regard him and his wife and three children, ▮▮▮▮▮, as great friends of mine and my family. The Cohens are our neighbours in the same small area of West London, England, and our children have attended and still attend many of the same schools.

Michael is a successful man but has no arrogance or pretensions and treats people straightforwardly as he finds them. He is a particularly kind and generous man and is very popular with my children for his humour and sense of fun.

Michael is a loving and nurturing father to his three children. Firstly, he has spent a great deal of time supporting them and providing them with the best education he can. He always turns up for his children's school plays and sports matches, even when working, and takes a keen interest in their school life. His children have attended the top schools in London, with ▮▮▮ starting at the University of Chicago later this year. Their academic success owes much to Michael's support.

He is also very supportive of the children's extra-school activities and passions. ▮▮▮ is a keen horse rider and competes at show jumping and cross country. To facilitate this, Michael has built stables, a manege, and even cross-country obstacles so that ▮▮▮ can regularly practice. He has driven her to weekend events and during term time he has driven her from Central London to the country and back, a three hour round trip, so that she is able to practice mid-week.

▮▮▮ is a very keen swimmer and competed in the national championships this year. His path to this level has involved Michael in countless dawn runs to school to drop him for pre-lesson training, and more arduous still, the weekend competitions where Michael spends 2 days in a chlorine-filled pool building waiting for ▮▮▮ 2 or 3 races.

▮▮▮ is a keen and accomplished tennis, netball and lacrosse player and Michael has spent much time supporting her court-side and arranging tennis lessons and camps for her.

Michael has spent a good deal of time and effort arranging milestone occasions - birthdays and bar/bat mitzvahs for his children. My son was at ▮▮▮ 10th birthday party, a magical weekend camping out at Michael's country home with the kids learning survival skills. Michael eventually had to spend hours up to his waist in a river attaching fish to the hooks that the children had placed, so that they might have some breakfast!

My family and the Cohens have spent much time together whether at dinners, at the New Year, on skiing holidays, or on our trip to Nantucket. Michael is always an interesting and engaging guest and a generous, welcoming host. He always takes time to talk directly with my children and he is particularly kind to my youngest, ▮▮▮, who has ADHD and can be a handful.

Michael is a man who I feel I could call upon at any time to help me or my children.

Yours faithfully,

*A G—*                                                          25 September 2019

Alison Gregory