Exhibit K
(Redacted)

The Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York


To the Honorable Nicholas G. Garaufis:

     I have known Michael Cohen and his family for eight years and am honored to submit this letter on Michael's behalf in connection with his upcoming sentencing.

     I was introduced to Michael by a mutual friend, when our children started together in the same primary school. Our two boys quickly became very good friends. They played on many of the same sports teams and participated together in the same after school activities. Michael's daughter and my own daughter also became very close. They are only 5 days apart in age and because of our close family connection, they frequently spend time together and enjoy many weekly after school activities. Because of the close ages of our respective children and their friendships and shared activities, I would regularly see Michael 3 or 4 times a week. I have therefore gotten to know Michael extremely well, and have seen at very close quarters what he is like as both a close friend and a father.

     Michael is an incredibly supportive friend not only to my husband and me, but also to our entire family. My children are incredibly fond of Michael, so much so that my eldest child will often seek out Michael for his helpful advice and guidance. All of my children enjoy spending time with him, which is a true testament to the good-natured and caring person that Michael is.

     As a parent, Michael is an extraordinarily devoted father. He has shown himself to be an incredible and active parent. He is not one of those parents that merely sits back and observes. Instead, he is engaging, hands-on and active with both his and our children, and is very generous with his time. We have shared many holidays together over the last few years and Michael has always put the enjoyment of the children at the forefront of his mind. Without fail, Michael is always the first to start a fun snowball fight, with all the kids joining in and screeching with laughter.

     In my view, Michael's devotion to the children is incomparable. I have never known Michael to miss a child's sporting event, including some particularly long rugby tournaments held in remote fields in the bitter cold and with horizontal rain. Michael would never miss anything. He has declined to attend many social events in order to be with his children at competitions around the country. When I am unable to attend my son's rugby match, Michael happily steps in to act "in loco parentis." I would give him a list of special requests, calling from a train to make sure Michael could confirm that my son ▮▮▮▮ had his "special" first team rugby top; and if ▮▮▮▮ didn't have his special top, could Michael get one from the sports teacher. Michael would also make sure that ▮▮▮▮ bike tires were on properly and Michael would call me to confirm that

███ had his cycle helmet hat on. Michael would do these types of kind acts for me and the kids all the time, with no fuss or complaint, because he understood that these things were important to me and my family. On ski trips, Michael would always carry the kids' skis; whenever there was a little bit of a lull and the kids were starting to lose interest, Michael magically pulled out a set of Uno cards, which the children and family members would participate in with great enjoyment and competitive spirit.

Michael is also a tremendously modest and down to earth person. He is the one taking ███ to the pool at 5 in the morning for swim practice and cheering him on during his competitions. Michael would never ask any one else to do this, even though he has the means to do so.

In sum, Michael is the most kind, reliable and wonderful guy, and a loyal friend. He is someone who my entire family adores. He has even taken time to check in on my aging parents who live several hours away in Cardiff. Whenever Michael's son ███ has an event in Cardiff, Michael will always give my parents a call and meet up with them. My father is a 78 year old former dentist, and my parents love that Michael rings them to check in and arranges to meet up. That is what Michael is like --a down to earth, solid, wonderful father and friend.

I have seen the impact of these proceedings on Michael and his family. This has torn Michael apart, and the stress and uncertainty has caused the rift in his marriage. Michael's career and reputation he has built over decades has been destroyed. Yet most damaging for Michael has been the impact on his family. I believe that Michael has truly suffered enough.

I hope that this letter has provided some insight into who Michael is and is helpful to the Court in considering leniency in Michael's sentence.

Very truly yours,

*Lisa Thompson.*    27/9/2019

Lisa Thompson