Exhibit Q
(Redacted)

Roxana Roman

London
United Kingdom
W6 9XF

24 September 2019

Dear Judge Garaufis,

It is a genuine honour to write this letter in favour of Michael Cohen.

I am Head of Aquatics at St Paul's School and Head Coach at Barnes Swimming Club, both based in London, UK. I have known Michael Cohen for seven years through his son who is a swimmer at both.

I have witnessed Michael being a loving and dedicated father to his children. He is one of the most devoted fathers I have seen. He spends most of his free time driving to and from weekday swimming training sessions, and he travels almost every weekend around the country and Europe for swimming competitions. Competitive swimming requires enormous dedication, as it involves an extremely gruelling schedule. The training schedule is rigorous and competitions often last 10 or 11 hours per day. In addition, he often goes beyond the call of duty when there. For instance, during one competition Michael spent an hour driving around to find an open shop where he could buy food for the children, and this is simply one example of his devotion. Michael does all of this without any complaint or expectation of recognition, and I firmly believe he does so because he loves his son unreservedly.

The bond between Michael and is unique and stronger than most that I have seen. When has a success or failure, the person he wants to share it with first and foremost is his father. Michael is a constant part of emotional and personal development. This is never clearer than in those moments when has failed in an endeavour and Michael has provided unconditional, unadulterated and unequivocal support.

The most heartfelt sentiment I can offer is that watching Michael be a father to his children makes me wish my own father had offered me even half of the support and care that Michael provides to his children.

Michael has provided much needed financial support to our swim programs. For instance, Michael donated six new Olympic block starts for our swimming pool. These allow the school's very successful senior and junior swimming teams, as well as swimmers in the local community, to experience a professional, flying start to their swimming races.

Michael's charitable work also goes beyond swimming. For example, he has made significant financial contributions to support the school's bursary program, which provides access to the school's world-class education for those without the necessary funds. Michael is well aware of the philanthropic need for such a program and cares deeply about providing less fortunate children with an opportunity to reach their extraordinary potential, lead an enriched life, and ultimately impact society for the better.

Michael Cohen has become a friend whom I deeply respect. I admire his good humour, integrity, honesty and moral character. In my experience, he has always been kind and generous with others and these actions stem from a strong sense of familial and communal duty. It is a privilege to know him.

Yours Faithfully,

Roxana Roman,
Head Of Aquatics,
American Swimming Coaches Association,
International Level 5 Coach