Exhibit T
(Redacted)



**London SW17 8AD**
**United Kingdom**

The Honourable Nicholas G Garaufis
United States District Judge

14 August 2019

Dear Judge Garaufis

**Re:     Michael Cohen**

I am pleased to provide a character reference in respect of Michael Cohen.

By way of background I am currently, inter alia, a Trustee and Treasurer of Westminster Synagogue, a charity registered with the Charity Commission of England and Wales and chairman of Charterhouse Pensions Limited, the corporate Trustee of two pensions which are regulated by The Pensions Regulator of the United Kingdom. In my prior career in finance and real estate I was an 'approved person' with the United Kingdom Financial Conduct Authority.

I have known Michael for something over five years. We were introduced in the context of Michael becoming a Trustee and Co-Treasurer of Westminster Synagogue. We immediately struck up a good working relationship and I was delighted when we began working together.

Michael has been a generous benefactor of the Synagogue, but it is his deep working commitment to the Synagogue which I and others value even more. In addition to his contribution to the treasury team, he has participated willingly in matters as diverse as a risk assessment survey, a review of our administrative staffing structure and to a strategic review of our future plans. Michael has never shied away from a project, no matter how big or small, and his contributions have been invaluable.

Michael is extremely dedicated to the community and his altruistic nature is reflected in all of his dealings with the Synagogue. In early 2016, Michael approached me and colleagues to request that he stand down as Trustee as he was concerned that publicity surrounding the legal proceedings being brought against him in the United States carried the risk of reputational damage to the Synagogue. We were reluctant to agree to his request as we valued his contribution to Synagogue affairs and saw no reason to distance ourselves from him. However, at his insistence we agreed. Although Michael has since stepped down as Trustee, he was still dedicated to helping the Synagogue and we were delighted that he was willing to continue to be a leading member of the treasury team.



In all my dealings with him, Michael has acted with complete openness, probity and integrity. I have a very high regard for his judgement and supporting analytical ability. His insights are always valuable, whether provided in one to one sessions or when he is asked to attend committee meetings. He is someone on whose word and commitment we can rely without hesitation and is very much an integral part of the current and future running of the community.

I hope the above is of assistance.

Yours most sincerely

Edward Glover