# Exhibit V
# (Redacted)

The Honorable Nicholas G. Garaufis
United States District Judge

███████

Oxford
OX1 5JE
6 October 2019

Dear Judge Garaufis,

Re MICHAEL COHEN

I have known Michael Cohen as a family friend for over a decade. My husband has written to you to vouch for his character, but I wanted to write myself. I have not read his letter and he has not read mine.

I am a Senior Circuit Judge in England and Wales and also sit in the High Court (Chancery and Queen's Bench divisions). You will understand that I have to be, and I am, very careful in my choice of friends and with whom I socialise. I had heard about my husband's new acquaintance, Michael Cohen, for several years before I met him. Since then, I have come to know him well, spending many happy days together with our respective children. He is incredibly generous, kind, patient and loyal. Nothing is more important to him than his family. Upon getting to know him, I came to the conclusion that he was a truly decent, honest, good man. Nothing that has happened since then has caused me to waver in that assessment.

When my husband told me of the various initial allegations made against Michael, I did not believe them, because I knew that Michael was incapable of doing what was suggested. He is a man who is repulsed by dishonesty. As the investigations carried on for months, and then years, I watched Michael shoulder increasingly

Scanned with CamScanner

unbearable stress. His concern all this time was not for himself, or for financial or other considerations, but for what his family was going through. He wanted to shield them completely, but of course he could not. That was what tortured him, with no end in sight.



Even good, honest, decent men can do stupid things when they are under that level of stress, and Michael is an example of that. However I consider that the true measure of Michael is not a moment of madness which led him to your courtroom, but in his acts of kindness, his generosity, his devotion to his family and friends. That is the true character of Michael Cohen, who remains my friend.

I know you will consider carefully all of the letters of support and character that have been sent to you. I simply ask that you show compassion in your sentencing of this good man, who has already been through so much.

Yours sincerely,

*Melissa S. Clarke.*

Melissa Clarke

Scanned with CamScanner