Exhibit X
(Redacted)

▌

Nantucket, Massachusetts
02554
September 11, 2019

The Honorable Nicholas G. Garaufis
United States District Judge

Dear Judge Garaufis,

    I am writing this letter of support for a longtime friend and former client, Michael Cohen. I have known Michael for 15 years. Our relationship began in London, England while he was a client of mine at OCH Ziff Capital. I was running the equity sales and trading effort for Credit Suisse in Europe and Emerging Europe.

    Michael was always one of my favorite clients to deal with because of his honesty, integrity and intelligence. Our relationship and thus the relationship between Credit Suisse and Och Ziff was one of the European franchises best due to Michael's efforts to have an open partnership based on honesty and transparency. There were very few clients in all of Europe that we could trust as much as we did in Michael. Senior bankers would go to Michael in confidence, on a regular basis for his thoughts and opinions. It was a two way partnership. Very few of those existed and only did so if it was based on trust.

    Our relationship grew as time went on to become social friends. We would spend time playing tennis, fishing and field sports. We would dine together on many occasions in London or where I live, and he spends some of the summer, in Nantucket. He is my neighbor on the Island. His children would come over to my home for their piano lessons. He is a tremendous father who devotes his time to his children in all of their pursuits.

    Michael and his family especially, have had an extremely difficult 7 or 8 years with these legal issues. I know Michael to be a truly good person and it pains me to watch this matter disrupt his personal and professional life the way it has.

    Thank you for taking the time to read this letter.

Sincerely,

*Gerard Keneally*

Gerard Keneally