# Exhibit Y (Redacted)

**ATTORNEY AT LAW**
**JAMES A. JOHNSON JR.**

**LITCHFIELD, NEW HAMPSHIRE 03052**

October 10, 2019

The Honorable Nicholas G. Garaufis
United States District Judge

Dear Judge Garaufis,

The purpose of this letter is to provide information about my personal knowledge of Mr. Michael Cohen's character.

As a member of the United States Air Force for over 21 years, I served my entire career as a Special Agent with the Office of Special Investigations (OSI) with a mission like the FBI.

I retired as a Lieutenant Colonel.

I am also a lawyer, who has specialized for the past 30 years in conducting polygraph examinations on defendants, who are presented by criminal defense lawyers.

I conducted polygraph examinations on defendants, represented by Sam Cohen, a lawyer and the father of Michael, and Philip Cohen, a lawyer and brother of Michael.

I have been a close friend of Sam Cohen since Sam and I attended college from 1958 to 1962.

I have stayed in close contact with the Cohen family to include attending Michael's high school graduation, wedding and other Cohen social events.

While attending Bowdoin College, Michael's focus on his education resulted in him graduating Phi Beta Kappa.

For Sam and Bobbie, Michael's mother, Michael provided support, love, and caring when ████ ██████████████████████████████████████████ Michael immediately flew home to be there for his parents.

For Michael's children, ████ age 18, ████ age 16, and ████████ age 12, Michael actively supported their involvement in the ethics, culture, and tradition of the Jewish faith.

Michael has supported his children's after school activities to enhance their sense of discipline and perseverance and has always been there for them and cheered them on.

Michael's love and commitment contributed to ████ success in dressage competitions, ████ success as being selected to be on England's National Swim Team, and ████████ recognition as a remarkable tennis player.

One of the highest salutes that a military person can make to describe a person is to say that person is "squared away". I consider Michael "squared away" and it would have been an honor to have served our country with him.

Respectively,

*James A. Johnson, Jr.*

James A. Johnson, Jr.
Lieutenant Colonel, USAF, Retired
Special Agent OSI, Retired
Attorney at Law